# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1794 | **DATE** | 5/3/2007 |
| **CASE TITLE** | FM. INDUSTRIES INC. vs. CITICORP CREDIT SERVICES, INC. | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Plaintiff's motion for leave to file an amended complaint [24] is granted. Defendant shall answer or otherwise plead by June 4, 2007. Plaintiff's motion pursuant to Rule 5.7 [22] is denied. Parties shall comply with FRCP 26(a)(1) by May 23, 2007. Parties shall comply with FRCP 26(a)(2) by July 31, 2007. All discovery shall be completed and any dispositive motions with supporting memoranda filed by August 30, 2007. Joint final pretrial order and agreed pattern jury instructions submission set on September 20, 2007 at 9:00 a.m.; plaintiff's draft to be submitted to defendant by September 13, 2007. Case is placed on the October trial calendar. FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AM |
|---|---|---|