IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN ILLINOIS

| | |
|---|---|
| FM INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07CV 01794 |
| ) | Judge Conlon |
| CITICORP CREDIT SERVICES INC., ) | |
| a Delaware Corporation, ) | |
| JEANETTE BROWN, ) | Magistrate Judge Denlow |
| JOHN GILLARD, ) | |
| LAW OFFICES OF ROSS GELFAND, ) | |
| and JAMES CORTEZ, Attorney at Law ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   COUNSEL OF RECORD

**PLEASE TAKE NOTICE** on **Wednesday, August 8, 2007** at **9:15 a.m.** or soon thereafter as counsel may be heard, I shall appear before the **Honorable Morton Denlow** or any judge sitting in his stead in **Room 1350** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and present Michael Friedman's pro **se motion to clarify and or reconsider the July 23, 2007 order of court.**

**Dated: August 8, 2007**

Respectfully submitted Pro Se,

By: _____
Michael Friedman Individually
and former President
FM. Ware Industries, Inc.

1