# PX 32

# Redacted Invoice for License Fee of FMI

FM. INDUSTRIES, INC.                                        **Invoice**

500 West Madison
Suite 2930                          | Date       | Invoice # |
Chicago, IL 60661                   |------------|-----------|
                                    | 10/13/2006 | 2460      |

| Bill To          |
|------------------|
| ****Redacted**** |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Date       | Quantity | Description | Rate | Amount |
|------------|----------|-------------|------|--------|
| 10/13/2006 | 10 | TUCANS SYSTEM - 10 users - 2 blocks of five at 5,000.00 per each seat | 5,000.00 | 50,000.00T |
| 10/31/2006 | 1 | Yearly Support 18% of New Licensed Users Prorated for 11 months | 8,250.00 | 8,250.00T |
|            |   | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**Total**  $58,250.00