# PX 33
# Redacted Invoice for Support Fee of FMI

FM. INDUSTRIES, INC.

500 West Madison
Suite 2930
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2007 | 2504 |

**Bill To**
****Redacted****

PAID

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Date | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| 7/31/2007 | 10 | Yearly Support September 1, 2007 to September 1, 2008 - 18% of Licensed TUCANS Users | 900.00 | 9,000.00T |
|  |  | Due Date is September 1, 2007 |  |  |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**Total** $9,000.00